15557

ORR COTTON MILLS v. ST. MARY'S HOSPITAL ET AL.

(26 S. E. (2d), 408)

Febru-
ary, 1943.

*Mr. Leon L. Rice,* of Anderson, S. C., Counsel for Appellants,

*Messrs. Watkins & Prince,* of Anderson S. C., Counsel for Respondent,

July 6, 1943.

*Per curiam:*

The order of his Honor, Judge Henderson, from which this appeal was taken, properly disposes of the only issue argued by appellants. It is adopted as the judgment of this Court and will be reported. The exceptions are overruled.

Judgment affirmed.

MESSRS. ASSOCIATE JUSTICES BAKER, FISHBURNE and STUKES, and CIRCUIT JUDGE T. S. SEASE, ACTING ASSOCIATE JUSTICE, concur.